# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  §
  §
KING, CHARLES W.  §   Case No. 13-42792
KING, SANDRA E.  §
  §
  §
Debtors  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 10/31/2013 . The case was converted to one under Chapter 7 on 05/29/2014 . The undersigned trustee was appointed on 06/25/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   525,027.19

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 39,403.58 |
| Bank service fees | 1,741.11 |
| Other payments to creditors | 385,378.55 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 98,503.95 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/15/2014 and the deadline for filing governmental claims was 10/15/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 29,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 29,500.00 , for a total compensation of $ 29,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/30/2015                By: /s/GINA B. KROL
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| | |
|---|---|
| Case No:        13-42792   DRC   Judge: Donald R. Cassling | Trustee Name:        GINA B. KROL |
| Case Name:    KING, CHARLES W. | Date Filed (f) or Converted (c):   05/29/14 (c) |
|                       KING, SANDRA E. | 341(a) Meeting Date:   06/25/14 |
| For Period Ending:  11/30/15 | Claims Bar Date:   10/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. LOCATION: 1995 SPRING GREEN DRIVE, WHEATON IL 6018 | 595,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 988 BOULEVARD OF THE ARTS, UNIT 1101, SARASOTA, FL | 485,000.00 | 525,027.19 | | 525,027.19 | FA |
| 3. CASH | 65.00 | 0.00 | OA | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 1,750.00 | 0.00 | OA | 0.00 | FA |
| 7. WEARING APPAREL | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 8. FURS AND JEWELRY | 1,250.00 | 0.00 | OA | 0.00 | FA |
| 3 | | | | | |
| 9. INSURANCE POLICIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. PENSION / PROFIT SHARING | 575,816.56 | 0.00 | OA | 0.00 | FA |
| 11. PENSION / PROFIT SHARING | 128,415.60 | 0.00 | OA | 0.00 | FA |
| 12. VEHICLES | 750.00 | 0.00 | OA | 0.00 | FA |
| 13. VEHICLES | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 14. VEHICLES | 14,613.00 | 0.00 | OA | 0.00 | FA |
| 15. OFFICE EQUIPMENT | 500.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $1,819,160.16        $525,027.19        $525,027.19        $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review

November 04, 2015, 01:46 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-42792   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | KING, CHARLES W. | Date Filed (f) or Converted (c): | 05/29/14 (c) |
| | KING, SANDRA E. | 341(a) Meeting Date: | 06/25/14 |
| | | Claims Bar Date: | 10/15/14 |

Trustee to review claims and prepare TFR

October 16, 2014, 01:47 pm

Trsutee sold Sarasota r/e

Initial Projected Date of Final Report (TFR): 12/31/15   Current Projected Date of Final Report (TFR): 12/31/15

/s/   GINA B. KROL
_____   Date: 11/30/15
GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| Case No: | 13-42792  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | KING, CHARLES W. | Bank Name: | ASSOCIATED BANK |
| | KING, SANDRA E. | Account Number / CD #: | *******7624 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8773 | | |
| For Period Ending: | 11/30/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/14 | | Riddell Titel & Escrow LLC | Proceeds of sale | | 100,302.04 | | 100,302.04 |
| | | 8470 Enterprise Circle, Ste. 300 | | | | | |
| | | Lakewood Ranch, FL  34202 | | | | | |
| | 2 | AUDIE E. BOCK TRUST | Memo Amount:          525,000.00 | 1110-000 | | | |
| | | | Sale of Sarasota Property | | | | |
| | | | Memo Amount:               18.33 | 1129-000 | | | |
| | | | Condo Fee Proration | | | | |
| | | | Memo Amount:                8.80 | 1129-000 | | | |
| | | | Condo Fee Proration | | | | |
| | | CITIMORTGAGE | Memo Amount:     (    282,230.44 ) | 4110-000 | | | |
| | | | 1st Mortgage Payoff | | | | |
| | | PNC BANK | Memo Amount:     (    100,540.13 ) | 4110-000 | | | |
| | | | 2nd Mortgage Payoff | | | | |
| | | AUDIE BOCK TRUST | Memo Amount:     (      1,340.93 ) | 2500-000 | | | |
| | | | Credit for Mold Remediation | | | | |
| | | COUNTY COLLECTOR | Memo Amount:     (      4,682.89 ) | 2820-000 | | | |
| | | | Real Estate Tax Proration | | | | |
| | | | Memo Amount:                0.06 | 1129-000 | | | |
| | | | Non advalorem tax proration | | | | |
| | | CALDWELL BANKER | Memo Amount:     (     26,250.00 ) | 3510-000 | | | |
| | | | Reall Estate Broker Commission | | | | |
| | | | Memo Amount:     (      7,072.78 ) | 2500-000 | | | |
| | | | Closing Costs | | | | |
| | | BAY TOWER II CONDO ASSOC. | Memo Amount:     (      2,607.98 ) | 4110-000 | | | |
| | | | Past Due HOA Fees | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 149.08 | 100,152.96 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 144.10 | 100,008.86 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 148.67 | 99,860.19 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 148.47 | 99,711.72 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | | 2300-000 | | 56.98 | 99,654.74 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-42792 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KING, CHARLES W. | Bank Name: | ASSOCIATED BANK |
| | KING, SANDRA E. | Account Number / CD #: | *******7624 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8773 | | |
| For Period Ending: | 11/30/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 133.87 | 99,520.87 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 147.95 | 99,372.92 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 142.98 | 99,229.94 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 147.53 | 99,082.41 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 142.54 | 98,939.87 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 147.10 | 98,792.77 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.88 | 98,645.89 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 141.94 | 98,503.95 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Account *******7624 | Balance Forward | 0.00 | | |
| | 1 | Deposits | 100,302.04 | 1 Checks | 56.98 |
| | 0 | Interest Postings | 0.00 | 12 Adjustments Out | 1,741.11 |
| Memo Allocation Receipts: 525,027.19 | | Subtotal | $ 100,302.04 | 0 Transfers Out | 0.00 |
| Memo Allocation Disbursements: 424,725.15 | | | | Total | $ 1,798.09 |
| Memo Allocation Net: 100,302.04 | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $ 100,302.04 | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 13-42792 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | KING, CHARLES W. | | Bank Name: | ASSOCIATED BANK |
| | KING, SANDRA E. | | Account Number / CD #: | *******7624 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8773 | | | |
| For Period Ending: | 11/30/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL Date: 11/30/15
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 30, 2015 |
|---|---|---|---|---|---|---|

Priority Sequence

Case Number: 13-42792
Debtor Name: KING, CHARLES W.                    Joint Debtor: KING, SANDRA E.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $8,862.75 | $8,862.75 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $264.40 | $264.40 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $29,500.00 | $29,500.00 |
| 000005<br>050<br>4210-00 | Toyota Motor Credit Corporation<br>(TMCC)<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408-8026 | Secured<br>Trustee obtained an order valuing claim at $0.00 | | $0.00 | $14,785.03 | $0.00 |
| 000009<br>050<br>4110-00 | CitiMortgage, Inc.<br>P.O. Box 6030<br>Sioux Falls, SD 57117-6030 | Secured<br>Trustee paid claim at closing of r/e | | $0.00 | $282,230.44 | $282,230.44 |
| 000010<br>050<br>4110-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Secured<br>Trustee paid claim at closing of r/e | | $0.00 | $100,540.13 | $100,540.13 |
| 000013<br>050<br>4110-00 | U.S. Bank NA, to Wells Fargo Bk, NA<br>to Wachovia Bank, NA,Chase Mrgt<br>c/o Select Portfolio Servng, Inc.<br>3815 South West Temple<br>Salt Lake City, UT 84115 | Secured<br>Trustee obtained an order valuing secured claim at $0.00<br>Chase<br>Mortgage on 1995 Spring Green Drive, Wheaton, IL | | $0.00 | $392,349.52 | $0.00 |
| 000001<br>070<br>7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | | $0.00 | $911.36 | $911.36 |
| 000002<br>070<br>7100-90 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | | $0.00 | $1,976.96 | $1,976.96 |
| 000003<br>070<br>7100-00 | Internal Revenue Service<br>Department of the Treasury<br>Cincinnati, OH 45999 | Unsecured | | $0.00 | $2,887.38 | $2,887.38 |
| 000004<br>070<br>7100-90 | Department Stores National<br>Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040 | Unsecured | | $0.00 | $1,805.69 | $1,805.69 |

CREGIS2   **UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*          Printed: 11/30/15 01:27 PM   Ver: 19.00

| | EXHIBIT C | |
|---|---|---|
| Page 2 | ANALYSIS OF CLAIMS REGISTER | Date: November 30, 2015 |

Case Number:   13-42792
Debtor Name:   KING, CHARLES W.

**Priority Sequence**

Joint Debtor:  KING, SANDRA E.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006 070 7100-90 | Von Maur C/O H and R Accounts Inc PO Box 672 Moline, IL 61265 | Unsecured | | $0.00 | $768.29 | $768.29 |
| 000007 070 7100-90 | ALTAIR OH XIII, LLC C O WEINSTEIN,PINSON AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | Citibank #9340 | $0.00 | $49,477.87 | $49,477.87 |
| 000008 070 7100-90 | ALTAIR OH XIII, LLC C O WEINSTEIN,PINSON AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | Citibank #9486 | $0.00 | $57,766.25 | $57,766.25 |
| 000011 070 7100-90 | PRA Receivables Management, LLC POB 41067 Norfolk, VA 23541 | Unsecured | Captial One #3003 | $0.00 | $945.17 | $945.17 |
| 000012 070 7100-90 | Portfolio Recovery Assoc, LLC, to GE CAPITAL RETAIL BK (GAP) by PRA Receivables Mgmt, LLC, agent. POB 41067 Norfolk, VA 23541 | Unsecured | Gap Credit Card | $0.00 | $1,087.01 | $1,087.01 |
| 000014 070 7100-90 | Von Maur C/O H and R Accounts Inc PO Box 672 Moline, IL 61265 | Unsecured | Duplicate of claim #6 Trustee will pay claim #6 | $0.00 | $768.29 | $0.00 |
| 000015 070 7100-00 | Automated Lifestyles Inc 6840 32nd Street Berwyn, IL 60402 | Unsecured | | $0.00 | $345.00 | $345.00 |
| 080 7300-00 | Internal Revenue Service Department of the Treasury Cincinnati, OH 45999 | Unsecured | | $0.00 | $1,974.84 | $1,974.84 |
| BOND 999 2300-00 | Adams Levine Surety Bond Agency 60 E. 42nd Street Room 965 New York, NY  10165 | Administrative | | $0.00 | $56.98 | $56.98 |
| | Case Totals: | | | $0.00 | $949,303.36 | $541,400.52 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-42792
Case Name: KING, CHARLES W.
　　　　　　KING, SANDRA E.
Trustee Name: GINA B. KROL

Balance on hand　　　　　　　　　　　　　　　　　　　　　　$　　　98,503.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | Toyota Motor Credit Corporation (TMCC) PO BOX 8026 Cedar Rapids, Iowa 52408-8026 | $ 14,785.03 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | CitiMortgage, Inc. P.O. Box 6030 Sioux Falls, SD 57117-6030 | $ 282,230.44 | $ 282,230.44 | $ 282,230.44 | $ 0.00 |
| 000010 | PNC BANK PO BOX 94982 CLEVELAND, OH 44101 | $ 100,540.13 | $ 100,540.13 | $ 100,540.13 | $ 0.00 |
| 000013 | U.S. Bank NA, to Wells Fargo Bk, NA to Wachovia Bank, NA,Chase Mrgt c/o Select Portfolio Servng, Inc. 3815 South West Temple Salt Lake City, UT 84115 | $ 392,349.52 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors　　　　　　　　　　$　　　　　0.00

Remaining Balance　　　　　　　　　　　　　　　　　　$　　　98,503.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 29,500.00 | $ 0.00 | $ 29,500.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 8,862.75 | $ 0.00 | $ 8,862.75 |
| Other: Adams Levine Surety Bond Agency | $ 56.98 | $ 56.98 | $ 0.00 |
| Other: Cohen & Krol | $ 264.40 | $ 0.00 | $ 264.40 |

Total to be paid for chapter 7 administrative expenses　　$　　38,627.15

Remaining Balance　　$　　59,876.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,970.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | $ 911.36 | $ 0.00 | $ 462.57 |
| 000002 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | $ 1,976.96 | $ 0.00 | $ 1,003.42 |
| 000003 | Internal Revenue Service<br>Department of the Treasury<br>Cincinnati, OH 45999 | $ 2,887.38 | $ 0.00 | $ 1,465.50 |
| 000004 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040 | $ 1,805.69 | $ 0.00 | $ 916.49 |
| 000006 | Von Maur<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | $ 768.29 | $ 0.00 | $ 389.95 |
| 000007 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 49,477.87 | $ 0.00 | $ 25,112.76 |
| 000008 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 57,766.25 | $ 0.00 | $ 29,319.56 |
| 000011 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541 | $ 945.17 | $ 0.00 | $ 479.73 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Portfolio Recovery Assoc, LLC, to GE CAPITAL RETAIL BK (GAP) by PRA Receivables Mgmt, LLC, agent. POB 41067 Norfolk, VA 23541 | $ 1,087.01 | $ 0.00 | $ 551.72 |
| 000014 | Von Maur C/O H and R Accounts Inc PO Box 672 Moline, IL 61265 | Duplicate of claim #6 Trustee will pay claim #6 $ 0.00 | $ 0.00 | $ 0.00 |
| 000015 | Automated Lifestyles Inc 6840 32nd Street Berwyn, IL 60402 | $ 345.00 | $ 0.00 | $ 175.10 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 59,876.80 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,974.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | Internal Revenue Service Department of the Treasury Cincinnati, OH 45999 | $ 1,974.84 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors  $ 0.00

Remaining Balance  $ 0.00