UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KING, CHARLES W. § Case No. 13-42792 DRC
KING, SANDRA E. §
§
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                JEFFREY P. ALLSTEADT
                219 S. Dearborn Street
                Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/08/2016 in Courtroom 240,
                Kane County Courthouse
                100 S. Third Street
                Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/30/2015                By: JEFFREY P. ALLSTEADT
                                                                       Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KING, CHARLES W. § Case No. 13-42792 DRC
KING, SANDRA E. §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 525,027.19 |
| and approved disbursements of | $ | 426,523.24 |
| leaving a balance on hand of[1] | $ | 98,503.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | Toyota Motor Credit Corporation (TMCC) PO BOX 8026 Cedar Rapids, Iowa 52408-8026 | $ 14,785.03 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | CitiMortgage, Inc. P.O. Box 6030 Sioux Falls, SD 57117-6030 | $ 282,230.44 | $ 282,230.44 | $ 282,230.44 | $ 0.00 |
| 000010 | PNC BANK PO BOX 94982 CLEVELAND, OH 44101 | $ 100,540.13 | $ 100,540.13 | $ 100,540.13 | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013 | U.S. Bank NA, to Wells Fargo Bk, NA to Wachovia Bank, NA,Chase Mrgt c/o Select Portfolio Servng, Inc. 3815 South West Temple Salt Lake City, UT 84115 | $ 392,349.52 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 98,503.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 29,500.00 | $ 0.00 | $ 29,500.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 8,862.75 | $ 0.00 | $ 8,862.75 |
| Other: Adams Levine Surety Bond Agency | $ 56.98 | $ 56.98 | $ 0.00 |
| Other: Cohen & Krol | $ 264.40 | $ 0.00 | $ 264.40 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 38,627.15 |
| Remaining Balance | $ | 59,876.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,970.98  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | $ 911.36 | $ 0.00 | $ 462.57 |
| 000002 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | $ 1,976.96 | $ 0.00 | $ 1,003.42 |
| 000003 | Internal Revenue Service<br>Department of the Treasury<br>Cincinnati, OH 45999 | $ 2,887.38 | $ 0.00 | $ 1,465.50 |
| 000004 | Department Stores National Bank/Macy's Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040 | $ 1,805.69 | $ 0.00 | $ 916.49 |
| 000006 | Von Maur<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | $ 768.29 | $ 0.00 | $ 389.95 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 49,477.87 | $ 0.00 | $ 25,112.76 |
| 000008 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 57,766.25 | $ 0.00 | $ 29,319.56 |
| 000011 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541 | $ 945.17 | $ 0.00 | $ 479.73 |
| 000012 | Portfolio Recovery Assoc, LLC, to GE CAPITAL RETAIL BK (GAP) by PRA Receivables Mgmt, LLC, agent.<br>POB 41067<br>Norfolk, VA 23541 | $ 1,087.01 | $ 0.00 | $ 551.72 |
| 000014 | Von Maur<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | $ 0.00 | Duplicate of claim #6<br>Trustee will pay claim #6<br>$ 0.00 | $ 0.00 |
| 000015 | Automated Lifestyles Inc<br>6840 32nd Street<br>Berwyn, IL 60402 | $ 345.00 | $ 0.00 | $ 175.10 |

Total to be paid to timely general unsecured creditors          $          59,876.80

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,974.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | Internal Revenue Service Department of the Treasury Cincinnati, OH 45999 | $ 1,974.84 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $            0.00

Remaining Balance     $            0.00

Prepared By: /s/GINA B. KROL
                                   Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                 Case No. 13-42792-DRC
Charles W. King                                                        Chapter 7
Sandra E. King
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1            User: arodarte               Page 1 of 2                  Date Rcvd: Nov 30, 2015
                                Form ID: pdf006              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2015.
db/jdb         #+Charles W. King,    Sandra E. King,    1995 Spring Green Drive,    Wheaton, IL 60189-7243
21177421        ARS National Services, Inc.,    P.O. Box 463023,    Escondido, CA 92046-3023
21177422       #+Automated Lifestyles Inc,    6840 32nd Street,    Berwyn, IL 60402-3053
21547122       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
21337565       +CITIMORTGAGE, INC.,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
                 Burr Ridge, IL 60527-6921
21177423        Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
21177426        Chase,   P.O. Box 44090,    Jacksonville, FL 32231-4090
21177427        Chase,   P.O. Box 183166,    Columbus, OH 43218-3166
21177424        Chase,   P.O. Box 24696,    Columbus, OH 43224-0696
21177425       +Chase,   Home Equity Loan Servicing,    P.O. Box 24714,    Columbus, OH 43224-0714
21177428        Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
21177430        Citi Cards,    P.O. Box 6004,    Sioux Falls, SD 57117-6004
21177429       +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
21177431        Citi Cards,    15800 Boltonfield Street,    Columbus, OH 43228
21467933        CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
21177432        CitiMortgage, Inc.,    Attn: Customer Service Research,    P.O. Box 10002,
                 Hagerstown, MD 21747-0002
21209815       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
21177434       +Graham Ogilvy,    Heavner, Scott, Beyers & Mihlar,    P.O. Box 740,    Decatur, IL 62525-0740
21177435       +Ian Myers,    988 Boulevard of the Arts,    Unit 1101,    Sarasota, FL 34236-4885
21177436        Illinois Department of Revenue,    P.O. Box 19447,    Springfield, IL 62794-9447
21307826       +JPMorgan Chase Bank,    c/o Codilis & Assciates, P.C.,    15W030 N. Frontage Road, suite 100,
                 Burr Ridge, IL 60527-6921
21177440       +Macy's,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
21177441       +Neiman Marcus,    P.O. Box 729080,    Dallas, TX 75372-9080
21187528       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
21177443        PNC Bank,    Centralized Customer Assistance,    P.O. Box 1366,    Pittsburgh, PA 15230-1366
21177445       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     P.O. Box 2958,
                 Torrance, CA 90509-2958)
21220030        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
21638391       +U.S. Bank NA, to Wells Fargo Bk, NA,    to Wachovia Bank, NA,Chase Mrgt,
                 c/o Select Portfolio Servng, Inc.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
21177446       ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court: Von Maur,     6565 Brady Street,    Davenport, IA 52806)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21365403       +E-mail/Text: bncmail@w-legal.com Nov 30 2015 22:37:28      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
21177433       +E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2015 22:33:54      G.E. Capital Retail Bank,
                 Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
21177437        E-mail/Text: cio.bncmail@irs.gov Nov 30 2015 22:36:10      Internal Revenue Service,
                 Department of the Treasury,    Cincinnati, OH 45999
21177442       +E-mail/Text: bnc@nordstrom.com Nov 30 2015 22:35:47      Nordstom Bank,    P.O. Box 13589,
                 Scottsdale, AZ 85267-3589
21187836       +E-mail/Text: bnc@nordstrom.com Nov 30 2015 22:35:47      Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
21928082       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2015 22:33:57
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
21572878       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2015 22:32:56
                 Portfolio Recovery Assoc, LLC, to,    GE CAPITAL RETAIL BK (GAP) by PRA,
                 Receivables Mgmt, LLC, agent.,    POB 41067,    Norfolk, VA 23541-1067
21258507       +E-mail/Text: bankruptcy@hraccounts.com Nov 30 2015 22:35:38      Von Maur,
                 C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22240665*      +CitiMortgage, Inc.,    c/o Codilis and Associates, P.C.,    15W030 North Frontage Road, Suite 100,
                 Burr Ridge, IL 60527-6921
21177439*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     Department of the Treasury,
                 Fresno Service Center,    Fresno, CA 93888-0030)
21177438*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     P.O. Box 21126,
                 Philadelphia, PA 19114)
21177444*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     P.O. Box 8026,
                 Cedar Rapids, IA 52409-8026)
                                                                                              TOTALS: 0, * 4, ## 0
```

```
District/off: 0752-1           User: arodarte              Page 2 of 2                  Date Rcvd: Nov 30, 2015
                               Form ID: pdf006             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2015                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2015 at the address(es) listed below:

```
              Charles S. Stahl, Jr.    on behalf of Debtor Charles W. King cstahl@smbtrials.com,
               pcanington@smbtrials.com
              Charles S. Stahl, Jr.    on behalf of Joint Debtor Sandra E. King cstahl@smbtrials.com,
               pcanington@smbtrials.com
              Christopher J Stasko    on behalf of Creditor    CITIMORTGAGE, INC. ND-Four@il.cslegal.com
              E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              John F. Torres    on behalf of Creditor    Toyota Motor Credit Corporation jftlaw@earthlink.net
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Kenneth W Bach    on behalf of Creditor    U.S. Bank NA, successor trustee to Wells Fargo Bank, NA,
               successor to Wachovia Bank, NA, as trustee, for the Chase Mortgage Finance Trust Multi-Class
                Mortgage Pass-Through Certificates, Series 2005-S3 kennethb@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    CITIMORTGAGE, INC. ND-Four@il.cslegal.com
              Peter C Bastianen    on behalf of Creditor    JPMorgan Chase Bank, N.A. ND-Four@il.cslegal.com
                                                                                             TOTAL: 14
```