# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KING, CHARLES W. | § | Case No. 13-42792 DRC |
| KING, SANDRA E. | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 586,563.00                    Assets Exempt: 747,597.16
*(Without deducting any secured claims)*

Total Distributions to Claimants: 445,258.35    Claims Discharged
                                                Without Payment: 222,596.24

Total Expenses of Administration: 79,768.84

---

3) Total gross receipts of $ 525,027.19  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 525,027.19  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 883,416.44 | $ 792,513.10 | $ 385,378.55 | $ 385,378.55 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 79,768.84 | 79,768.84 | 79,768.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 173,333.11 | 120,714.11 | 119,945.82 | 59,879.80 |
| **TOTAL DISBURSEMENTS** | $ 1,056,749.55 | $ 992,996.05 | $ 585,093.21 | $ 525,027.19 |

4) This case was originally filed under chapter 13 on 10/31/2013 , and it was converted to chapter 7 on 05/29/2014 . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2016          By:/s/GINA B. KROL
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 988 BOULEVARD OF THE ARTS, UNIT 1101, SARASOTA, FL | 1110-000 | 525,000.00 |
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 27.19 |
| **TOTAL GROSS RECEIPTS** | | **$525,027.19** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Equity Loan Servicing P.O. Box 24714 Columbus, OH 43224 | | 107,144.88 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAY TOWER II CONDO ASSOC. | 4110-000 | NA | 2,607.98 | 2,607.98 | 2,607.98 |
| 000009 | CITIMORTGAGE, INC. | 4110-000 | 281,621.09 | 282,230.44 | 282,230.44 | 282,230.44 |
| 000010 | PNC BANK | 4110-000 | 98,627.17 | 100,540.13 | 100,540.13 | 100,540.13 |
| 000013 | U.S. BANK NA, TO WELLS FARGO BK, NA | 4110-000 | 381,238.27 | 392,349.52 | 0.00 | 0.00 |
| 000005 | TOYOTA MOTOR CREDIT CORPORATION (TM | 4210-000 | 14,785.03 | 14,785.03 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 883,416.44 | $ 792,513.10 | $ 385,378.55 | $ 385,378.55 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 29,500.00 | 29,500.00 | 29,500.00 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 56.98 | 56.98 | 56.98 |
| AUDIE BOCK TRUST | 2500-000 | NA | 1,340.93 | 1,340.93 | 1,340.93 |
| Closing Costs | 2500-000 | NA | 7,072.78 | 7,072.78 | 7,072.78 |
| ASSOCIATED BANK | 2600-000 | NA | 1,741.11 | 1,741.11 | 1,741.11 |
| COUNTY COLLECTOR | 2820-000 | NA | 4,682.89 | 4,682.89 | 4,682.89 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | 3110-000 | NA | 5,905.50 | 5,905.50 | 5,905.50 |
| GINA B. KROL | 3110-000 | NA | 2,954.25 | 2,954.25 | 2,954.25 |
| COHEN & KROL | 3120-000 | NA | 264.40 | 264.40 | 264.40 |
| CALDWELL BANKER | 3510-000 | NA | 26,250.00 | 26,250.00 | 26,250.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 79,768.84 | $ 79,768.84 | $ 79,768.84 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue P.O. Box 19447 Springfield, IL 62794-9447 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 |  | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 |  | 1,685.43 | NA | NA | 0.00 |
|  | Chase Card Services P.O. Box 15298 Wilmington, DE 19850-5298 |  | 4,727.40 | NA | NA | 0.00 |
|  | Chase Card Services P.O. Box 15298 Wilmington, DE 19850-5298 |  | 15,041.37 | NA | NA | 0.00 |
|  | Chase Card Services P.O. Box 15298 Wilmington, DE 19850-5298 |  | 4,669.19 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services P.O. Box 15298 Wilmington, DE 19850-5298 | | 11,477.82 | NA | NA | 0.00 |
| | Chase Card Services P.O. Box 15298 Wilmington, DE 19850-5298 | | 17,499.42 | NA | NA | 0.00 |
| | Citi Cards P.O. Box 6004 Sioux Falls, SD 57117-6004 | | 57,766.25 | NA | NA | 0.00 |
| | Citi Cards P.O. Box 6004 Sioux Falls, SD 57117-6004 | | 0.00 | NA | NA | 0.00 |
| | Citi Cards P.O. Box 6004 Sioux Falls, SD 57117-6004 | | 5,293.88 | NA | NA | 0.00 |
| | Citi Cards P.O. Box 6500 Sioux Falls, SD 57117 | | 43,747.91 | NA | NA | 0.00 |
| | Neiman Marcus P.O. Box 729080 Dallas, TX 75372 | | 621.55 | NA | NA | 0.00 |
| 000015 | AUTOMATED LIFESTYLES INC | 7100-000 | 345.00 | 345.00 | 345.00 | 175.11 |
| 000003 | INTERNAL REVENUE SERVICE | 7100-000 | 5,468.42 | 2,887.38 | 2,887.38 | 1,465.58 |
| 000001 | PNC BANK | 7100-000 | NA | 911.36 | 911.36 | 462.59 |
| 000007 | ALTAIR OH XIII, LLC | 7100-900 | NA | 49,477.87 | 49,477.87 | 25,114.01 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ALTAIR OH XIII, LLC | 7100-900 | NA | 57,766.25 | 57,766.25 | 29,321.04 |
| 000004 | DEPARTMENT STORES NATIONAL BANK/MAC | 7100-900 | 1,629.47 | 1,805.69 | 1,805.69 | 916.53 |
| 000002 | NORDSTROM FSB | 7100-900 | 1,715.09 | 1,976.96 | 1,976.96 | 1,003.47 |
| 000012 | PORTFOLIO RECOVERY ASSOC, LLC, TO | 7100-900 | 876.62 | 1,087.01 | 1,087.01 | 551.75 |
| 000011 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-900 | NA | 945.17 | 945.17 | 479.75 |
| 000006 | VON MAUR | 7100-900 | 768.29 | 768.29 | 768.29 | 389.97 |
| 000014 | VON MAUR | 7100-900 | NA | 768.29 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 7300-000 | NA | 1,974.84 | 1,974.84 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 173,333.11 | $ 120,714.11 | $ 119,945.82 | $ 59,879.80 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-42792 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | KING, CHARLES W. | | | Date Filed (f) or Converted (c): | 05/29/14 (c) |
| | KING, SANDRA E. | | | 341(a) Meeting Date: | 06/25/14 |
| For Period Ending: | 02/16/16 | | | Claims Bar Date: | 10/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 1995 SPRING GREEN DRIVE, WHEATON IL 6018 | 595,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 988 BOULEVARD OF THE ARTS, UNIT 1101, SARASOTA, FL | 485,000.00 | 525,027.19 | | 525,027.19 | FA |
| 3. CASH | 65.00 | 0.00 | OA | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 1,750.00 | 0.00 | OA | 0.00 | FA |
| 7. WEARING APPAREL | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 8. FURS AND JEWELRY 3 | 1,250.00 | 0.00 | OA | 0.00 | FA |
| 9. INSURANCE POLICIES | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. PENSION / PROFIT SHARING | 575,816.56 | 0.00 | OA | 0.00 | FA |
| 11. PENSION / PROFIT SHARING | 128,415.60 | 0.00 | OA | 0.00 | FA |
| 12. VEHICLES | 750.00 | 0.00 | OA | 0.00 | FA |
| 13. VEHICLES | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 14. VEHICLES | 14,613.00 | 0.00 | OA | 0.00 | FA |
| 15. OFFICE EQUIPMENT | 500.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,819,160.16 | $525,027.19 | | $525,027.19 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review

November 04, 2015, 01:46 pm

LFORM1

Ver: 19.05c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Case 13-42792 Doc 111 Filed 03/10/16 Entered 03/10/16 14:06:41 Desc Main
Document Page 10 of 14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-42792 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | KING, CHARLES W. | Date Filed (f) or Converted (c): 05/29/14 (c) |
| | KING, SANDRA E. | 341(a) Meeting Date: 06/25/14 |
| | | Claims Bar Date: 10/15/14 |

Trustee to review claims and prepare TFR

October 16, 2014, 01:47 pm

Trsutee sold Sarasota r/e

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

/s/    GINA B. KROL
_____    Date: 02/16/16
        GINA B. KROL

LFORM1
UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 19.05c

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-42792 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KING, CHARLES W. | Bank Name: | ASSOCIATED BANK |
| | KING, SANDRA E. | Account Number / CD #: | *******7624 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8773 | | |
| For Period Ending: | 02/16/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/14 | | Riddell Titel & Escrow LLC | Proceeds of sale | | 100,302.04 | | 100,302.04 |
| | | 8470 Enterprise Circle, Ste. 300 | | | | | |
| | | Lakewood Ranch, FL 34202 | | | | | |
| | 2 | AUDIE E. BOCK TRUST | Memo Amount: 525,000.00 | 1110-000 | | | |
| | | | Sale of Sarasota Property | | | | |
| | | | Memo Amount: 18.33 | 1129-000 | | | |
| | | | Condo Fee Proration | | | | |
| | | | Memo Amount: 8.80 | 1129-000 | | | |
| | | | Condo Fee Proration | | | | |
| | | CITIMORTGAGE | Memo Amount: ( 282,230.44 ) | 4110-000 | | | |
| | | | 1st Mortgage Payoff | | | | |
| | | PNC BANK | Memo Amount: ( 100,540.13 ) | 4110-000 | | | |
| | | | 2nd Mortgage Payoff | | | | |
| | | AUDIE BOCK TRUST | Memo Amount: ( 1,340.93 ) | 2500-000 | | | |
| | | | Credit for Mold Remediation | | | | |
| | | COUNTY COLLECTOR | Memo Amount: ( 4,682.89 ) | 2820-000 | | | |
| | | | Real Estate Tax Proration | | | | |
| | | | Memo Amount: 0.06 | 1129-000 | | | |
| | | | Non advalorem tax proration | | | | |
| | | CALDWELL BANKER | Memo Amount: ( 26,250.00 ) | 3510-000 | | | |
| | | | Reall Estate Broker Commission | | | | |
| | | | Memo Amount: ( 7,072.78 ) | 2500-000 | | | |
| | | | Closing Costs | | | | |
| | | BAY TOWER II CONDO ASSOC. | Memo Amount: ( 2,607.98 ) | 4110-000 | | | |
| | | | Past Due HOA Fees | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 149.08 | 100,152.96 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 144.10 | 100,008.86 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 148.67 | 99,860.19 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 148.47 | 99,711.72 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | | 2300-000 | | 56.98 | 99,654.74 |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 19.05c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-42792 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | KING, CHARLES W. | | Bank Name: | ASSOCIATED BANK |
| | KING, SANDRA E. | | Account Number / CD #: | *******7624 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8773 | | | |
| For Period Ending: | 02/16/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Note: Table continues — columns: Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($)

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 133.87 | 99,520.87 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 147.95 | 99,372.92 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 142.98 | 99,229.94 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 147.53 | 99,082.41 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 142.54 | 98,939.87 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 147.10 | 98,792.77 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.88 | 98,645.89 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 141.94 | 98,503.95 |
| 01/08/16 | 030002 | Cohen & Krol | Final Distribution | 3110-000 | | 5,905.50 | 92,598.45 |
| | | 105 W. Madison Street | Attorneys Fees per Court Order | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/08/16 | 030003 | Cohen & Krol | Final Distribution | 3120-000 | | 264.40 | 92,334.05 |
| | | 105 W. Madison Street | Attorneys Expenses per Court Order | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/08/16 | 030004 | Gina B. Krol | Final Distribution | 2100-000 | | 29,500.00 | 62,834.05 |
| | | 105 W. Madison Street | Trustee's Compensation | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/08/16 | 030005 | Gina B. Krol | Final Distribution | 3110-000 | | 2,954.25 | 59,879.80 |
| | | | Attorneys Fees per Court Order | | | | |
| 01/08/16 | 030006 | PNC BANK | Final Distribution | 7100-000 | | 462.59 | 59,417.21 |
| | | PO BOX 94982 | (1-1) COLLATERAL=UNSECURED LINE OF | | | | |
| | | CLEVELAND, OH 44101 | CREDIT // 9012 | | | | |
| | | | (1-1) SUBMITTED BY KLWILLIAMS | | | | |
| 01/08/16 | 030007 | Nordstrom fsb | Final Distribution | 7100-900 | | 1,003.47 | 58,413.74 |
| | | P.O. Box 6566 | | | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-42792 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KING, CHARLES W. | | Bank Name: | ASSOCIATED BANK |
| | KING, SANDRA E. | | Account Number / CD #: | *******7624  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8773 | | | |
| For Period Ending: | 02/16/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Englewood, CO 80155 | | | | | |
| 01/08/16 | 030008 | Internal Revenue Service<br>Department of the Treasury<br>Cincinnati, OH 45999 | Final Distribution | 7100-000 | | 1,465.58 | 56,948.16 |
| 01/08/16 | 030009 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040 | Final Distribution<br>(4-1) Credit Card | 7100-900 | | 916.53 | 56,031.63 |
| 01/08/16 | 030010 | Von Maur<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | Final Distribution | 7100-900 | | 389.97 | 55,641.66 |
| 01/08/16 | 030011 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final Distribution | 7100-900 | | 25,114.01 | 30,527.65 |
| 01/08/16 | 030012 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final Distribution | 7100-900 | | 29,321.04 | 1,206.61 |
| 01/08/16 | 030013 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution | 7100-900 | | 479.75 | 726.86 |
| 01/08/16 | 030014 | Portfolio Recovery Assoc, LLC, to<br>GE CAPITAL RETAIL BK (GAP) by PRA<br>Receivables Mgmt, LLC, agent.<br>POB 41067<br>Norfolk, VA 23541 | Final Distribution<br>(12-1) Modified on 2/28/14 to<br>correct creditors address(vr) | 7100-900 | | 551.75 | 175.11 |
| 01/08/16 | 030015 | Automated Lifestyles Inc<br>6840 32nd Street<br>Berwyn, IL 60402 | Final Distribution | 7100-000 | | 175.11 | 0.00 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

Ver: 19.05c

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-42792 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KING, CHARLES W. | Bank Name: | ASSOCIATED BANK |
| | KING, SANDRA E. | Account Number / CD #: | *******7624  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8773 | | |
| For Period Ending: | 02/16/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

```
                                        Account *******7624      Balance Forward           0.00
                                                              1  Deposits            100,302.04    15  Checks                 98,560.93
                                                              0  Interest Postings         0.00    12  Adjustments Out         1,741.11
Memo Allocation Receipts:        525,027.19                                                         0  Transfers Out               0.00
Memo Allocation Disbursements:   424,725.15                      Subtotal        $   100,302.04
                                                                                                                 Total    $ 100,302.04
Memo Allocation Net:             100,302.04                   0  Adjustments In            0.00
                                                              0  Transfers In              0.00

                                                                 Total           $   100,302.04
```

            /s/    GINA B. KROL
Trustee's Signature: _____  Date: 02/16/16
            GINA B. KROL

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 14)*                          Ver: 19.05c